HARRY BITTERMAN, Respondent, v. FRANK RUBENSTEIN STORES CORP., a Louisiana Corporation, and Another, Appellants.— Order granting plaintiff's motion for leave to serve a proposed supplemental complaint unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

ISABEL M. FUREY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order, denying plaintiff's motion for a reargument of a motion to be relieved of a stipulation of discontinuance of this action, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

RHODA SACHSENHAUS, Appellant, v. THOMAS SNELL, Defendant. J. WILLIS AMEY and MANUFACTURERS TRUST COMPANY, as Executors, etc., of THOMAS SNELL, Deceased, Respondents.— Order denying plaintiff's motion for an order directing the action to be continued against J. Willis Amey and Manufacturers Trust Company, as executor, etc., of Thomas Snell, deceased, in place of the said deceased defendant, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

PHILIP J. MARQUART, Respondent, v. BOSTON, NEW YORK & SOUTHERN S. S. Co., INC., and Another, Appellants, Impleaded with Another.— Order so far as appealed from, granting plaintiff's motion for a bill of particulars unanimously modified by denying items 1, 2, 4 and 14 of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. Verified bill of particulars to be served within twenty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

76 WEST END CORPORATION, a Domestic Corporation, Judgment Creditor, Respondent, v. EDITH DOYLE, Also Known as EDITH CORNELL and EDITH S. DUFFY, Judgment Debtor, Appellant. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Third Party.— Determination of the Appellate Term affirming an order of the City Court of the City of New York, County of New York, which directed the Equitable Life Assurance Society of the United States, a third party, to pay the receiver herein the sum of $1,950, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.; Dore, J., dissents and votes for reversal.

HARRY ARMSTRONG and Another, Respondents, v. M. WITMARK & SONS, INC., and Others, Appellants.— Order granting plaintiffs' motion to compel defendants to accept amended complaint verified September 10, 1935, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.